IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| JEREMY GREY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 2:23-cv-02037-TLP-tmp |
| v. | ) |
| | ) |
| MEDICOS GENERAL PLLC, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

**JUDGMENT BY THE COURT**.  This action came before the Court on Plaintiff's Complaint, filed on January 24, 2023.  (ECF No. 1.)  In accordance with the Stipulation of Dismissal (ECF No. 20), agreed to by the parties in the case and under Federal Rules of Civil Procedure 41(a)(1)(A)(ii),

**IT IS ORDERED, ADJUDGED, AND DECREED** that this action is **DISMISSED WITH PREJUDICE**.  Each party shall bear their own costs.

**APPROVED:**

s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE

August 2, 2023
Dat